IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RUSSELL C. MOTE and JEAN L. )
MOTE )
                                     )    No. 3-07-1088
v. )
                                     )
REGENCY STONE VENTURES )
LIMITED PARTNERSHIP d/b/a )
Clubhouse Inn & Suites; CLUBHOUSE )
INN & SUITES; REGENCY INNS )
MANAGEMENT, INC.; and REGENCY )
HOME MANAGEMENT, LLC )

O R D E R

Pursuant to the order entered February 25, 2008 (Docket Entry No. 13), counsel for the parties called the Court on March 17, 2008, at which time the following matters were addressed:

1. Defendants' counsel advised that she had not yet been able to relay a counter-offer to plaintiffs' counsel but expected to in the near future.

2. The parties were directed to participate in private mediation on or before April 30, 2008, unless they have been able to reach a resolution of the case before then.

3. By May 5, 2008, the parties shall file a joint mediation report, indicating when they participated in mediation, before whom, whether they were able to reach a resolution of this case and, if so, when they will file an agreed order of dismissal, and, if not, whether the potential for settlement remains.

The deadlines provided in the orders entered January 11, 2008 (Docket Entry Nos. 11-12) remain in full force and effect, including but not limited to the May 1, 2008, deadline for filing any dispositive motion.

It is so ORDERED.

                                      JULIET GRIFFIN
                                      United States Magistrate Judge